No. 1067. Maier Brewing Co. et al. *v.* Fleischmann Distilling Corp. et al. C. A. 9th Cir. Certiorari denied. *Murray M. Chotiner* for petitioners. *Moses Lasky, William. C. Cannon* and *Porter. R. Chandler* for respondents.

No. 1068. Main *v.* Florida. District Court of Appeal of Florida, Third District. Certiorari denied. *Alfred M. Carvajal* for petitioner.

No. 1072. Quintero *v.* Sinclair Refining Co. C. A. 5th Cir. Certiorari denied. *W. A. Combs* for petitioner. *William C. Harvin* for respondent.

No. 1073. Sikes et al. *v.* Rutland, Administrator. C. A. 4th Cir. Certiorari denied. *A. Frank Lever., Jr.* for petitioners. *Henry Hammer* for respondent.

No. 1075. Tennessean Newspapers, Inc., *v.* Venn. C. A. 6th Cir. Certiorari denied. *Cecil Sims* for petitioner. *J. Vaulx Crockett* and *Caruthers Ewing* for respondent.

No. 1076. Procter & Gamble Independent Union of Port Ivory, N. Y., *v.* Procter & Gamble Manufacturing Co. C. A. 2d Cir. Certiorari denied. *Martin J. Loftus* for petitioner. *Jack G. Evans* and *Guy Farmer* for respondent.

No. 1079. Bovard *v.* United States. Court of Claims. Certiorari denied. *James R. Murphy* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.